# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL EDWARD COMMEAU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:21-cv-00055-NT ) |
| MATTHEW MAGNUSSON, | ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 2, 2021, the United States Magistrate Judge filed with the Court, with a copy to the Petitioner, his Recommended Decision on the Petition for Writ of Habeas Corpus (ECF No. 3). The Petitioner filed an objection to the Recommended Decision on March 24, 2021 (ECF No. 6). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Petitioner's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

The Petitioner's 28 U.S.C. § 2254 petition (ECF No. 1) is hereby **DISMISSED** with prejudice.

It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal, because no jurist of reason would find the correctness of this ruling to be debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 21st day of April, 2021.